**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CAROL WHYBLE, ANTHONY BROWN,
REBECCA CARRANZA, SUE DEMELE, SHERRY
GREENE, RENEE RANDALL, BRENDA TUCKER,
and CHARLES GEOFFREY WOODS, *individually
and on behalf of all others similarly situated*,

                Plaintiffs,

-against-                                       20 **CIVIL** 3257 (NSR)

                                                               **JUDGMENT**

THE NATURE'S BOUNTY CO.,

                Defendants.
------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2025, Defendant's motion to dismiss is GRANTED. The Second Circuit has counseled courts not to dismiss a complaint with prejudice prior to issuing a ruling that highlights the "precise defects" of those claims. Williams v. Citigroup Inc., 659 F.3d 208, 214 (2d Cir. 2011) (per curiam). Because the Court previously identified the precise defects contained in Plaintiffs' Second Amended Complaint, and those defects remain uncured, Plaintiffs' claims are now dismissed with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                 **TAMMI M HELLWIG**
                                                    **Clerk of Court**

                    **BY:**
                                                    **Deputy Clerk**